# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 403 |
| | : | |
| ORDER AMENDING RULES 1201, | : | MAGISTERIAL RULES DOCKET |
| 1205, 1206, 1208 AND THE | : | |
| OFFICIAL NOTE TO RULE 206 OF | : | |
| THE PENNSYLVANIA RULES OF | : | |
| CIVIL PROCEDURE BEFORE | : | |
| MAGISTERIAL DISTRICT JUDGES | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of October, 2016, upon the recommendation of the Minor Court Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1201, 1205, 1206, 1208 and the Official Note to Rule 206 of the Pennsylvania Rules of Civil Procedure before Magisterial District Judges are amended in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective December 31, 2016.

Chief Justice Saylor would approve the Minor Court Rules Committee's recommendation as submitted, which, in relevant part, tracked the statutory terms of 42 Pa.C.S. §62A09(a) (providing that a minor judiciary hearing officer may grant emergency relief "to protect *the victim* upon good cause shown in an ex parte proceeding" (emphasis added)).

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.